# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SIMPSON, JR., ) | NO. 1:09-CV-01931-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF DECEMBER 21, 2009, |
| v. ) | AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| INNERSCOP A and M GIFFEN ) | |
| RECORDS, INC. [sic]; PRODUCER [sic]; ) | |
| DOES 1-5 6-25 [sic]; and FERGIE 25 [sic], ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    Defendants have noticed for hearing and decision a motion to dismiss.  The matter was scheduled for hearing to be held on December 21, 2009.  Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than December 7, 2009.  Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 21, 2009, is VACATED, and no party shall appear at that time. As of December 21, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   December 16, 2009**             **/s/ Anthony W. Ishii**
             CHIEF UNITED STATES DISTRICT JUDGE