# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY SIMPSON, JR., | ) | 1:09cv01931 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF |
| | ) | COURT TO RETURN DOCUMENTS |
| v. | ) | |
| INTERSCOPE GEFFEN A&M RECORDS, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jerry Simpson, a state prisoner proceeding pro se, filed the instant copyright infringement action in the Stanislaus County Superior Court on October 4, 2009. Defendant removed the action to this Court on November 3, 2009.

On November 10, 2009, Defendant filed a motion to dismiss the action for failure to state a claim for which relief can be granted. The motion is currently pending.

On January 27, 2010, the Court received a document entitled, "Tort Action." The document was not filed. The Court is DIRECTED to return the document to Plaintiff as it is unintelligible and the Court cannot discern what Plaintiff intended to file.

IT IS SO ORDERED.

Dated: **January 28, 2010**           /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE

1