IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SIMPSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERSCOPE GEFFEN A & M RECORD, INC., et al.<br><br>　　　　　Defendants. | NO. 1:09-CV-01931 AWI SKO<br><br>ORDER VACATING FEBRUARY 28, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendants' motion to dismiss has been set for hearing in this case on February 28, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time. As of February 28, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 24, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE